■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES D. CURRY, Appellant. [665 NYS2d 367] —Judgment unanimously affirmed. Memorandum: Defendant contends that the evidence at trial on the issue of intent is insufficient to support his conviction of harassment in the second degree (Penal Law § 240.26 [1]). Because defendant made only a general motion for a trial order of dismissal and did not specifically raise the issue of the sufficiency of evidence of intent, the issue is unpreserved for our review (*see, People v Gray*, 86 NY2d 10, 19; *People v Bynum*, 70 NY2d 858, 859). In any event, upon our review of the record, we conclude that the evidence is sufficient to support the conviction (*see, People v McGee*, 204 AD2d 353, 354, *lv denied* 84 NY2d 870; *People v Collins*, 178 AD2d 789, 789-790).

We have examined the contentions raised by defendant in his *pro se* supplemental brief and conclude that they are without merit. (Appeal from Judgment of Ontario County Court, Harvey, J.—Assault, 2nd Degree.) Present—Green, J. P., Pine, Doerr, Balio and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STUART R. WOOD, Appellant. [665 NYS2d 367] —Judgment unanimously affirmed. Memorandum: We reject the contention that County Court abused its discretion in denying defendant's request for youthful offender treatment (*see, People v Godbold*, 231 AD2d 910, *lv denied* 89 NY2d 922; *People v Williams*, 204 AD2d 1002, *lv denied* 83 NY2d 973). (Appeal from Judgment of Ontario County Court, Harvey, J.—Burglary, 3rd Degree.) Present—Green, J. P., Pine, Doerr, Balio and Fallon, JJ.